UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CENTER FOR LAW AND
JUSTICE,

Plaintiff,

v.

FEDERAL BUREAU OF
INVESTIGATION, et al.,

Defendants.

Civil Action No. 26-0381 (LLA)

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated April 20, 2026, Plaintiff American Center for Law and Justice and Defendants the U.S. Department of Justice ("DOJ") and its components the Federal Bureau of Investigation ("FBI"), the Office of Information Policy ("OIP"), the National Security Division ("NSD"), the Office of Legal Counsel ("OLC"), and the Criminal Division ("CRM"), by and through undersigned counsel,  respectfully submit this Joint Status Report.

1.     Plaintiff's suit arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and relates to five FOIA requests submitted to DOJ components.  The requests seek certain records related to the FBI's Arctic Frost investigation.  *See* ECF No. 1 (Complaint) Ex. A at 5–7.

2.     Defendants filed their Answer on March 16, 2026.  ECF No. 12.  In a Minute Order dated March 23, 2026, the Court required that the parties "meet and confer and propose a joint schedule for proceedings in this matter" by April 20, 2026.  At the unopposed request of Defendants, this Court extended the deadline to April 27, 2026.

3.     Defendants report that on April 1, 2026, Defendants filed a Notice of Related Case in light of similarities between the instant case and *Judicial Watch, Inc. v. Dep't of Justice*, Civ.

A. No. 25-2011 (LLA). On April 2, 2026, this case was reassigned from Judge Tanya S. Chutkan to Judge Loren L. AliKhan by direction of the Calendar Committee.  ECF No. 14.  On the same day, another related Judicial Watch case (Civ. A. No. 26-0163) was also re-assigned to Judge Loren L. AliKhan by direction of the Calendar Committee.

4.      Defendants further report that in the lead related case (No. 25-2011), which also seeks various investigative records from the FBI's Arctic Frost investigative file, the FBI has been making monthly productions to Plaintiffs since January 30, 2026.  No. 25-2011, ECF No. 11 ¶ 5. Since subpart 9 of Plaintiff's request overlaps with the request in No. 25-2011, Defendants will begin making preprocessed productions from that case to Plaintiff in this matter.

5.      Separately, Defendants have reached out to Plaintiff to clarify certain aspects of Plaintiff's request, and the parties will continue to confer with a view to eliminating or narrowing any issues that might otherwise be the subject of motion practice.

6.      The parties propose to submit a Joint Status Report in this matter in ninety days and every ninety days thereafter until such time as the litigation is resolved or dispositive motions are set for briefing.

Dated:  April 27, 2026

    */s/ John Monaghan*
John Monaghan
AMERICAN CENTER FOR
LAW AND JUSTICE
1000 Regent University Drive, RH-422
Virginia Beach, VA 23464
(757) 955-8171
jmonaghan@aclj.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

    */s/ Andrew J. Vaden*
ANDREW J. VADEN, D.C. Bar #1044860
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorneys for the United States of America*